

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2007 MAR -9  AM 7: 41

LORETTA G. WHYTE
     CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANA ALONZO AND<br>CARLOS ALONZO | CIVIL ACTION<br>NO. 06-10051 |
| VERSUS | |
| STATE FARM INSURANCE COMPANY<br>AND MEL NELSON | SECTION M |

### ORDER

Before the Court is Plaintiffs' Motion to Remand which is opposed by the Defendants and which came for hearing on March 7, 2007, on the briefs. After consideration of the Motion, the opposition, the reply memorandum, and the applicable law, the Court grants the Motion.

Plaintiffs Lana and Carlos Alonzo are the owners of property and a home located at 1127 Florissent Hwy, St. Bernard, Louisiana. On August 29, 2005, Hurricane Katrina allegedly caused the home to implode and "be destroyed from violent wind storms." At the time of the hurricane the Alonzo's were insured by State Farm Fire and Casualty Company (State Farm) with a homeowner's policy (No. 18-26-1998) purchased through their insurance agent Mel Nelson. By affidavit, Lana Alonzo alleges that she relied on her insurance agent and her agent's staff for advice and expertise for procurement of insurance to protect her property, including any losses associated with hurricanes, within

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

the last three years. [1]

The Alonzo's filed suit on August 29, 2006 in the 34th Judicial District Court for the Parish of St. Bernard against State Farm and Mel Nelson, domiciled in Louisiana. State Farm removed the action to this Court. The Alonzo's now seek a remand back to state court.

The Alonzo's allege that without additional discovery this Court cannot state that the case against Nelson is preempted or prescribed. State Farm alleges that the Alonzo's have no viable action against Nelson.

This Court finds that if the plaintiff states a viable cause of action against a non-diverse defendant, then that carries with it a presumption of regularity. Any alleged but unresolved facts are accepted in the fact-pleading record. See 28 U.S.C.A. §1441(b); see also Smallwood v. Illinois Cent. R.R., 385 F.3d 568 (5th Cir. 2004).

Accordingly, the motion is **GRANTED**, and the matter is **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana, this 8Th day of March 2007.

Peter Beer
United States District Judge

---

[1] Exhibit B submitted by State Farm shows that on the renewal date of August 4, 2005, State Farm converted policy number 18-26-1998 from an HO3 policy form FP7923 to an HOW policy from FP7955.

2